IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WHITE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:-24-CV-625-WKW |
| | ) |
| DERRICK CUNNINGHAM, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 44), recommending the denial of Plaintiff's motion for preliminary injunction (Doc. # 1). The parties had until January 31, 2025, to file objections (*id.* at 2); however, to date, no objections have been filed.

Based upon an independent review of the record, it is ORDERED as follows:

(1)     The Recommendation (Doc. # 44) is ADOPTED; and

(2)     Plaintiff's Motion for Preliminary Injunction (Doc. # 1) is DENIED.

It is further ORDERED that Plaintiff's supplemental Motion for Preliminary Injunction (Doc. # 10) is DENIED.

DONE this 26th day of March, 2025.

                                                 /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE